# Notice Recipients

District/Off: 0208−1  User: jepps  Date Created: 5/24/2010
Case: 09−16875−jmp  Form ID: 155  Total: 31

**Recipients of Notice of Electronic Filing:**
tr    David R. Kittay         kittaygershfeld@yahoo.com, NY55@ecfcbis.com
aty   Scott G. Cerbin, Esq.   scerbin@mail.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db        Sarah L Bannister       711 Amsterdam Ave        New York, NY 10025
ust       United States Trustee   33 Whitehall Street      21st Floor       New York, NY 10004
smg       New York State Tax Commission   Bankruptcy/Special Procedures Section   P.O. Box 5300   Albany, NY 12205−0300
smg       United States Attorney   One St. Andrew's Plaza   Claims Unit – Room 417   New York, NY 10007−1701
smg       N.Y. State Unemployment Insurance Fund   P.O. Box 551   Albany, NY 12201−0551
smg       New York City Dept. Of Finance   345 Adams Street, 3rd Floor   Attn: Legal Affairs – Devora Cohn   Brooklyn, NY 11201−3719
5020406   Bank Of America        4060 Ogletown Stanton Rd   Newark, DE 19713
5020407   Bank of America        4161 Piedmont PKWY   Greensboro, NC 27410
5020408   Beneficial National Bank   PO BOX 15518   Wilmington, DE 19850
5020410   Chase       800 Brookedge Blvd   Westerville OH 43081
5020409   Chase       800 Brooksedge Blvd   Westerville OH 43081
5020411   GEMB/Old Navy          PO BOX 981400   Branch C11A   El Paso Texas 79998
5020412   GEMB/QVC    PO BOX 981402   El Paso Texas 79998
5020413   GEMB/Sams Club         PO BOX 981400   El Paso Texas 79998
5020414   GEMB/Shop NBC          PO BOX 981400   El Paso Texas 79998
5020415   Household Bank         12447 SW 69th Ave   ATTN: Dispute Processing   Tigard, OR 97223
5020416   Jewelry Accent/GEMB    PO BOX 981439   El Paso, TX 79998
5020417   LB Retail    450 Winks Lane   Data Reporting   Bensalem, PA 19020
5020418   MACYS/DSNB   9111 Duke Blvd   Mason, OH 45040
5020420   Municipal Credit Union   129 Fulton St   New York, NY 10038
5020419   Municipal Credit Union   22 Cortlandt St   New York, NY 10007
5020421   Preferred Customer Account   PO BOX 94498   Las Vegas, NV 89193
5020422   SYMS/GEMB   PO BOX 981439   El Paso Texas 79998
5020423   Target National Bank   C/O Target Credit Services   PO BOX 673   Minneapolis MN 55440
5020424   Visa/DSNB   9111 Duke Blvd   Mason, OH 45040
5020425   WFNNB/Ashley Stewart   PO BOX 182273   Northglenn, CO 80233
5020426   WFNNB/Eddie Bauer−Tape   PO BOX 659705   Columbus OH 43218
5020427   WFNNB/Jessica London   PO BOX 182746   Columbus OH 43218
5020428   WFNNB/Silhouettes      PO BOX 337003   Northglenn, CO 80233

TOTAL: 29