**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

*In re:*

SARAH L. BANNISTER

    *Debtor*.

------------------------------------------------------------x

Chapter 7

Case No. 09-16875 (JLG)

## ORDER DENYING MOTION TO WITHDRAW AS ATTORNEY

**WHEREAS**, on November 18, 2009, Sarah L. Bannister (the "Debtor") filed a voluntary petition for relief under chapter 7 of the Bankruptcy Code;

**WHEREAS**, at the time the petition was filed, the Debtor was represented by Scott G. Cerbin, Esq. ("Counsel");

**WHEREAS**, on June 6, 2019, the Counsel filed a Motion to Withdraw as Attorney (the "Motion" [ECF No. 24]); and

**WHEREAS**, a hearing on the Motion was held on July 11, 2019 (the "Hearing").

**NOW, THEREFORE, IT IS:**

**ORDERED,** for the reasons stated on the record at the Hearing, that the Motion is DENIED without prejudice to the Counsel's right to refile.

Dated: New York, New York

    July 11, 2019

                                                     /s/ *James L. Garrity, Jr.*
                                                   The Honorable James L. Garrity, Jr.
                                                   United States Bankruptcy Judge